ORIGINAL

FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Email: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 17 2014
at __9__ o'clock and __50__ min. __A__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 14-01354 KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEREK M. WEST, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

COUNT 1

On or about December 3, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did use, persuade, induce and entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, with such visual depictions being produced using materials that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, section 2251(a).

## COUNT 2

On or about December 3, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did knowingly possess a mobile cellular phone which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with DEREK M. WEST then knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

I further state that I am a Special Agent with Homeland Security Investigation and that this Complaint is based upon the facts set forth in the attached "Agent's Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

CHRISTOPHER G. FATTIBENE
Special Agent
Homeland Security Investigation

Sworn to before me and subscribed in my presence
On December 16, 2014 at Honolulu, Hawaii

KEVIN S.C. CHANG
United States Magistrate Judge

## AGENT'S AFFIDAVIT IN SUPPORT OF COMPLAINT

CHRISTOPHER G. FATTIBENE, being first duly sworn, hereby deposes and states:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") – Homeland Security Investigations ("HSI"), and have been so employed since May 2007. I am presently assigned to the Honolulu Office, where my duties include investigating various offenses involving the sexual exploitation of children. During my employment with ICE, I have received nineteen weeks of intensive training as a Criminal Investigator at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia, to include but not limited to, drug investigations, money laundering, cyber-crime, firearms trafficking, and undercover operations. During my career with HSI, I have participated in the execution of numerous federal search warrants and arrest warrants.

2. I have been involved in an investigation into the activities of Derek M. West. The investigation was initiated when the Federal Bureau of Investigation (FBI) Honolulu office received information from the Honolulu Police Department (HPD) regarding a sex assault committed by West.

3. On December 3, 2014, the reporting party told HPD that she had come across images depicting child pornography within the "KIK Messenger" application downloaded onto West's personal cellular phone. The reporting party accessed the "KIK Messenger" application on West's phone and saw there were 11 new messages. When the reporting party clicked on the link to access the messages, she could see multiple profiles of individuals. The reporting party clicked on the first profile and observed what appeared to be several images containing child pornography. The reporting party also viewed several messages related to sharing the images depicting child pornography.

4. The reporting party saw several images of a two (2) year old female who is a relative of hers. The reporting party advised that the images showed the female engaged in sexually explicit contact. One image showed the female lying nude on a couch with a Caucasian male's penis penetrating her vagina. Another showed an adult Caucasian male performing oral sex on the two (2) year old female.

5. On December 3, 2014, the reporting party told HPD Officer Jason Mueller that she believed the adult male in the photographs which she initially viewed was Derek M. West.

6. On or about December 11, 2014, West attempted to contact the reporting party via a Facebook email. In the email, West stated that he was sorry for what he did and that he knows he's sick and is going to get help.

7. On December 12, 2014, HPD Detective Glenn Romero obtained a search warrant authorizing a search of West's personal cellular phone, a white in color Samsung Galaxy S II. Detective Romero executed the search warrant on or about December 13, 2014. Officers found that the phone contained approximately 482 images that constituted child pornography as defined in 18 U.S.C. § 2256, i.e., visual depictions of minors engaged in sexually explicit conduct.

8. On December 15, 2014, HPD Detectives Romero and Legaspi, FBI SA Lori Miller and HSI SA Chris Fattibene interviewed the reporting party. The reporting party was shown the 482 images, retrieved from the search warrant conducted on West's cell phone, and asked to identify the photos that included the main victim in this case. The reporting party was able to positively identify the two (2) year old girl victim in a number of the photos. One of the images showed an adult male performing oral sex on the girl, and the reporting party identified that person as West.

9. On December 16, 2014, FBI SA Miller arrested West for child pornography violations. Following an advice of rights and a written waiver, West chose to make statements which may be summarized as follows:

a. West used his Samsung Galaxy phone to search the internet for child pornography.

b. During the last three weeks, West has used the application "Kik" to trade images of child pornography with others.

c. West used his Samsung Galaxy to take sexually explicit pictures of the two (2) year old female identified by the reporting party. West admitted that some of the images depicted him engaged in sexual acts with the two (2) year old female.

10. I know from my training and experience that no cameras, computers or electronic storage media are manufactured in the State of Hawaii. The images of the sexually explicit conduct described in this affidavit thus was produced with materials which have been mailed, shipped or transported in interstate or foreign commerce.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER G. FATTIBENE
Special Agent
Homeland Security Investigations


Subscribed and sworn
before me this 16 day of December 2014

_____
KEVIN S.C. CHANG
United States Magistrate Judge