ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 17 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  3740
Chief, Criminal Division

LAWRENCE L. TONG  3040
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR14 01113 DKW |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 2251 and 2252 |
| DEREK M. WEST, | Production And Possession Of Child Pornography |
| Defendant. | |

INDICTMENT

## COUNT 1

The Grand Jury charges:

On or about November 7, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did use, persuade, induce and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, with such visual depiction being produced using materials that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, section 2251(a).

## COUNT 2

The Grand Jury further charges:

On or about November 12, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did use, persuade, induce and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, with such visual depiction being produced using materials that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, section 2251(a).

## COUNT 3

The Grand Jury further charges:

On or about November 13, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did use, persuade, induce and entice a minor to engage in

sexually explicit conduct for the purpose of producing a visual depiction of such conduct, with such visual depiction being produced using materials that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, section 2251(a).

## COUNT 4

The Grand Jury further charges:

On or about December 3, 2014, in the District of Hawaii, DEREK M. WEST, defendant herein, did knowingly possess a mobile cellular phone which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with DEREK M. WEST then knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

///

///

///

Dated: Honolulu, Hawaii, December 17, 2014.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
LESLIE E. OSBORNE, JR.
Chief, Criminal Division

_____
LAWRENCE L. TONG
Assistant United States Attorney

United States v. Derek M. West
Cr. No. _____
"Indictment"

4